WALTER O'CHESKEY
STANDING CHAPTER 13 TRUSTEE
6308 IOLA AVENUE #100
LUBBOCK, TX 79424
(806) 748-1980

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-70306-13 |
| **ROY DALTON ANDERSON** | § | |
| | § | **HEARING DATE: 11/20/2013** |
| | § | **HEARING TIME: 10:00 A.M.** |
| **DEBTOR(S)** | § | |
| | § | |

## TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS

NOW COMES WALTER O'CHESKEY, STANDING CHAPTER 13 TRUSTEE, and files his Objection to the Debtor's Claim of Exemptions, and in support of his objection, would respectfully show the court the following:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on August 27, 2013 and Walter O'Cheskey was appointed as Trustee of the bankruptcy estate.

2. Debtor(s) was scheduled for and attended the First Meeting of Creditors per USC § 341 on September 26, 2013 at 12:00 P.M. This objection is filed within thirty, (30) days from the date of first meeting of creditors.

3. Trustee objects to Debtors' exemptions claimed under 11 U.S.C. § 522(d)(1).  Debtor exempted $738.39 of his home.

4. Trustee objects to Debtors' exemptions in accordance with 11 U.S.C. § 522 (o)(4) as Debtor sold real property that was not his homestead in July 2013 and used the proceeds to purchase his current home.

WHEREFORE PREMISES CONSIDERED, Walter O'Cheskey, Chapter 13 Trustee respectfully prays that this court sustain his objection, and order that the Debtor(s) amend Schedule C to remove the improper exemptions.

Date: <u>October 2, 2013</u>

Respectfully submitted,
<u>/S/ Walter O'Cheskey</u>
Walter O'Cheskey, Trustee
6308 Iola Avenue
Lubbock, TX 79424

## NOTICE OF HEARING

TO: DEBTOR(S) AND DEBTOR ATTORNEY OF RECORD
You are notified of the filing of the foregoing Objection to Exemptions for the reason(s) therein stated.

A Hearing upon the Trustee's Objection will be held on **November 20, 2013** at **10:00 AM** at UNITED STATES COURTHOUSE, ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS.

 **YOU DO NOT HAVE TO ATTEND THE HEARING UNLESS YOU OPPOSE THE TRUSTEE'S OBJECTION.**

### NOTICE OF PRE-HEARING CONFERENCE

A Pre-Hearing Conference will be held by the Trustee on **November 20, 2013** at **8:30 A.M.** at the location given above. Hearings on Trustee's Objections to Exemptions not resolved at the Pre-Hearing Conference will be heard by the Court immediately following the Pre-Hearing Conference.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Exemptions, Notice of Hearing, and Notice of Pre-Hearing Conference was this date served on the following parties at the addresses listed below by either electronic service or by U.S. First Class Mail:

U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Debtor(s) Attorney of Record:                    Debtor(s):
MONTE J WHITE                                    ROY DALTON ANDERSON
1106 BROOK AVE HAMILTON PLACE                    14134 KAMAY RD
WICHITA FALLS, TX 76301                          ELECTRA, TX 76360

Date: <u>October 2, 2013</u>                        By: <u>/S/ Walter O'Cheskey</u>
                                                 Office of the Chapter 13 Trustee